**Denied and Opinion Filed August 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00943-CV

## IN RE ALLEN M. JOHNSTON AND GREENTECH ENVIRONMENTAL, LLC, Relators

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13481**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Bridges

In this original proceeding, relators complain of the trial court's verbal ruling granting a continuance of the hearing on relators' special appearance to permit limited jurisdictional discovery. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180943F.P05